UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
YATAO WANG,
*on his own behalf and on behalf of others similarly
situated*,

                              Plaintiff,

     -against-

MAXIM INTERNATIONAL GROUP, INC. *d/b/a*
SHANGHAI BROADWAY RESTAURANT *d/b/a* I
NOODLES MODERN RAMEN RESTAURANT
*d/b/a* ZEN RAMEN AND SUSHI;
ZEN RAMEN AND SUSHI, INC., *a/k/a* I
NOODLES MODERN RAMEN RESTAURANT
*d/b/a* ZEN RAMEN AND SUSHI;
YA YAN RUAN *a/k/a* YAYAN RUAN;
ZHE LIN *a/k/a* ZHEPING LIN *a/k/a* CELINA LIN
*a/k/a* JESSICA LIN; and
SAM "DOE,"

                             Defendants.
------------------------------------ x

JUDGMENT

19 Civ. 05168 (GBD)

GEORGE B. DANIELS, United States District Judge:

    WHEREAS, on April 23, 2021, Arbitrator Theodore K. Cheng found in favor of Plaintiff Yatao Wang against Defendants Maxim International Group, Inc. and Zhe Lin, (*see* Interim Award, ECF No. 36-1, at 24–25);

    WHEREAS, on June 1, 2021, Arbitrator Cheng awarded Plaintiff a total amount of $199,248.53, comprising $80,248.91 in compensatory damages, $80,248.91 in liquidated damages, $5,000 in wage notice penalties, $5,000 in wage statement penalties, and $28,750.72 in pre-award interest at the rate of 9.0% per annum, against Defendants Maxim International Group, Inc. and Zhe Lin, jointly and severally, (*see* Final Award, ECF No. 36-2, at 7);

WHEREAS, on June 1, 2021, Arbitrator Cheng also awarded Plaintiff the additional sum of $61,842.04, comprising $57,516.74 in attorneys' fees and $4,325.30 in costs, (*see* Final Award at 7);

WHEREAS, on June 8, 2021, Plaintiff moved to confirm the arbitral award, (ECF No. 35), to which no Defendant opposed;

WHEREAS, on January 12, 2023, this Court granted Plaintiff's motion to confirm the arbitral award, (ECF No. 41);

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in the amount of $261,090.57, plus any post-judgment interest at the statutory rate, in favor of Plaintiff against Defendants Maxim International Group, Inc. and Zhe Lin, jointly and severally.

The Clerk of Court is directed to close the above-captioned case.

Dated: January 12, 2023
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE